JEANETTE KAUFMAN, Appellant, v. ROGER DUNSCOMBE and Others, Defendants. In the Matter of PAULINE O. FIELD and FERTIG, WALTER & GOTTESMAN, Respondents.— Order, so far as appealed from, imposing terms and conditions upon the grant of plaintiff's motion to require her former attorneys to turn over to her certain papers enumerated in her petition, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GUSTAV A. KUHL, Respondent, v. HARRY HINTZE, Appellant.— Order, so far as appealed from, denying defendant's motion for a separate trial of the equitable issues raised by defendant's affirmative defense and counterclaim in the amended answer and plaintiff's reply thereto, and denying a stay of issues raised by complaint and answer, unanimously modified by granting separate trial of the equitable issues raised by the defense and counterclaim in the amended answer and the reply thereto, after and without prejudice to the trial of the plaintiff's claim and the entry of judgment, if any, thereon, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

PAULINE LIPIEC, Appellant, v. FIFTH AVENUE BANK OF NEW YORK and Another, Coexecutors, etc., of JANE D. WARD, Deceased, Respondents.— Order, so far as appealed from, allowing amendments proposed to the plaintiff's proposed case on appeal from judgment, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MAURICE RENTNER, Respondent, v. MAX RUBIN, Appellant.— Order denying defendant's motion to vacate judgment in favor of the plaintiff and to open defendant's default in answering unanimously affirmed, with twenty dollars costs and disbursements, without prejudice to defendant's right to make proper application at Special Term to correct the error as to the amount of the judgment. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

HILDA SATLOFF, Respondent, v. MAX SATLOFF, Appellant.— Orders denying motions for change of venue from New York to Orange county, granting motion of Hilda Satloff and Hilda L. Satloff for consolidation of actions and removing action from Orange county to New York county; granting motion of plaintiff Hilda Satloff for alimony and counsel fee *pendente lite*, and granting said plaintiff's motion for an additional counsel fee, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SAMUEL BROWNSTEIN, Respondent, v. KASS-SUTTON, INCORPORATED, Appellant. — Order granting plaintiff's motion for leave to file *nunc pro tunc* as of October 11, 1935, a written demand for jury trial and directing the Trial Term calendar clerk to accept such written demand upon payment of his legal fees, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.